UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LAURIO MENDEZ,<br><br>        Petitioner,<br><br>  v.<br><br>J. TIM OCHOA, Warden<br><br>        Respondent. | EDCV 12-00758-DSF (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED:       10/4/12

                                        DALE S. FISCHER
                                UNITED STATES DISTRICT JUDGE