UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LAURIO MENDEZ, | ) EDCV 12-00758-DSF (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| J. TIM OCHOA, Warden | ) |
| | ) |
| Respondent. | ) |
| | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: _____10/4/12_____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE